# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DOTUN AIYEGBUSI,**<br>Plaintiff, | **CIVIL ACTION** |
| v. | |
| **STEPHEN NKANSAH,**<br>Defendant. | **NO. 19-4319** |

## O R D E R

**AND NOW**, this 11th day of June, 2020, upon consideration of defendant Nkansah's Motion to Dismiss (Document No. 8, filed March 3, 2020), and Plaintiff's Memorandum of Law in Opposition to Defendant's Rule 12(b)(6) Motion to Dismiss the Amended Complaint (Document No. 10, filed March 17, 2020), for the reasons stated in the accompanying Memorandum dated June 11, 2020, **IT IS ORDERED** that defendant Nkansah's Motion to Dismiss is **DENIED**.

**IT IS FURTHER ORDERED** that a preliminary pretrial conference shall be scheduled in due course.

BY THE COURT:

/s/ Hon. Jan E. DuBois

DuBOIS, JAN E., J.