IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DOTUN AIYEGBUSI, | : |
| Plaintiff, | : CIVIL ACTION |
| v. | : NO. 19-4319 |
| STEPHEN NKANSAH, | : |
| Defendant/Third-Party Plaintiff, | : |
| v. | : |
| KLEINBARD, LLC, *et al.*, | : |
| Third-Party Defendants. | : |

## ORDER

**AND NOW**, this 21st day of March 2022, **IT IS HEREBY ORDERED AND DECREED** as follows:

1. Upon consideration of Defendant Stephen Nkansah's Motion for Summary Judgment (ECF Nos. 49), Plaintiff Dotun Aiyegbusi's Response in Opposition (ECF No. 57), and Defendant's Reply in Further Support of the Motion (ECF No. 58), Defendant's Motion is **DENIED**.

2. Upon consideration of Third-Party Defendants Kleinbard, LLC, Edward M. Dunham, Jr., and Eric J. Schreiner's Motion for Summary Judgment (ECF No. 50), Defendant/Third-Party Plaintiff Stephen Nkansah's Response in Opposition (ECF No. 53), and Third-Party Defendants' Reply in Further Support of the Motion (ECF No. 56), Third-Party Defendants' Motion is **GRANTED**;[1] and

---

[1] This Order accompanies the Court's Memorandum Opinion dated March 21, 2022.

3. The Stay previously placed on this matter (ECF No. 66) is now **LIFTED**.

          **BY THE COURT:**

          /s/ Petrese B. Tucker

          _____

          **Hon. Petrese B. Tucker, U.S.D.J.**